

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. PD-0444-14, 0445-14

**ANTHONY ALAMIA, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIFTH COURT OF APPEALS COLLIN COUNTY

**YEARY, J., filed a dissenting opinion.**

## O P I N I O N

I dissent for the reasons stated in my dissenting opinion in *Smith v. State*, 463 S.W.3d

890 (Tex. Crim. App. 2015).

FILED:      December 16, 2015
DO NOT PUBLISH